Vermont Superior Court
Filed 08/13/26
Chittenden Unit

USDC - DVT
2:26-cv-409

VERMONT SUPERIOR COURT
Chittenden Unit
175 Main Street
Burlington VT 05401
802-863-3467
www.vermontjudiciary.org

CIVIL DIVISION
Case No. 26-CV-03969

| Eric Gravel v. Chocolate Thunder Security LLC et al |
|---|

ENTRY ORDER

On July 17, 2026, the Clerk's Office sent Plaintiff Eric Gravel notice of its decision denying his application to waive fees and costs in this matter. On July 27, 2026, Plaintiff filed a "Motion to Reconsider," arguing that the decision did not appropriately consider the impact of his monthly expenses on his income. The Court construes the motion as an appeal of the decision to the presiding judge pursuant to V.R.C.P. 3.1(d).

The Court notes that Plaintiff's appeal was not filed within seven days of the denial, as required by V.R.C.P. 3.1(d). However, the Court can consider the appeal timely given that the notice was sent by first class mail to Plaintiff, and so he likely received it days later. The Court notes that Plaintiff's income is almost three times the federal poverty guides, which the Judiciary uses to determine whether an applicant can pay the necessary fees and costs. *See* V.R.C.P. 3.1(b)(1). In addition, Plaintiff lists no dependents on his application who would be affected by the Court's decision. The Court assumes Plaintiff has accurately reported his living expenses to the Court, and understands that, as reported, the expenses exceed his monthly income. Nevertheless, Plaintiff certainly has control over at least some discretionary expenses.

In consideration of 32 V.S.A. § 1431(h), V.R.C.P. 3.1, Plaintiff's application, and all the relevant factors, the Court finds that Plaintiff is able to pay a filing fee of $50 without entirely expending his available resources needed for his support. Accordingly, the Court reverses the decision of the Clerk's Office in part, and determines that <u>Plaintiff must pay a filing fee of $50 to proceed with this action</u>.

It is hereby ORDERED that Plaintiff must make payment of the $50 fee, as described in the Notice of Court Decision on Application to Waive Costs and Fees, within 30 days of the date of this Order. If Plaintiff fails to do so, this action will be dismissed without prejudice.

Electronically signed on August 13, 2026 at 9:55 AM pursuant to V.R.E.F. 9(d).

Megan J. Shafritz
Superior Court Judge